**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARIO RENE PEREZ, | ) | No. C 10-05947 EJD (PR) |
| Petitioner, | ) ) | ORDER DIRECTING PETITIONER TO FILE AMENDED PETITION |
| vs. | ) ) | |
| K. ALLISON, Warden, | ) ) | |
| Respondent. | ) ) ) | |

    Petitioner, a California state prisoner, filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254, challenging his state conviction. On April 20, 2011, the Court dismissed the petition with leave to amend claim 3 of the petition. (Docket No. 4.) In the alternative, Petitioner was given leave to file notice to strike claim 3 from the petition and proceed solely with claims 1 and 2. (Id. at 2.)

    Petitioner has filed several letters stating his desire to file an amended petition on claim 3. (See Docket Nos. 6, 7 & 8.) The request is GRANTED. Petitioner shall file an amended petition **no later than thirty (30) days** from the date this order is filed to remedy the insufficiency of claim 3 as discussed in the Court's Order filed April 20, 2011. Petitioner must include all claims in the amended petition that he wishes to raise in this action, *i.e.*, claims 1 and 2. The

Order Granting EOT to File Amended Petition
P:\PRO-SE\SJ.EJD\HC.10\Perez05947_eot-am.wpd

1  amended petition must include the caption and civil case number used in this order,
2  No. C 10-05947 JW (PR), and must include the words **AMENDED PETITION** on
3  the first page.
4  **Failure to file a timely response in accordance with this order will result**
5  **in the dismissal of this action without prejudice and without further notice to**
6  **petitioner.**
7  The Clerk is instructed to include two copies of the court's form petition to
8  petitioner with a copy of this order.

DATED: June 2, 2011



EDWARD J. DAVILA
United States District Judge

Order Granting EOT to File Amended Petition
P:\PRO-SE\SJ.EJD\HC.10\Perez05947_eot-am.wpd                2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARIO RENE PEREZ,

        Petitioner,

v.

K ALLISON, Warden,

        Respondent.

Case Number: CV10-05947 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 6/6/2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mario Rene Perez G-37655
California Substance Treatment Facility and State Prison
P. O. Box 5246
Corcoran, CA 93212

Dated: 6/6/2011

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk