IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO RENE PEREZ,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>K. ALLISON, Warden,<br><br>　　　　Respondent. | No. C 10-05947 EJD (PR)<br><br>ORDER DIRECTING PETITIONER TO FILE A SECOND AMENDED PETITION |

Petitioner, a California state prisoner, filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254, challenging his state conviction. On April 20, 2011, the Court dismissed the petition with leave to amend claim 3 of the petition. (Docket No. 4.) In the alternative, Petitioner was given leave to file notice to strike claim 3 from the petition and proceed solely with claims 1 and 2. (Id. at 2.)

On June 6, 2011, Petitioner was granted leave to file an amended petition to amend claim 3 of his original petition. (See Docket No. 9.) In an initial review, the Court found that claim 3, which alleged that "counts 1 and 4 are time barred by the statute of limitations," failed to state a claim because Petitioner did not allege a violation of a federal or constitutional right. (Docket No. 4 at 2.) Petitioner was directed to file an amended petition to remedy the deficiency of claim 3. (Id.)

1  Petitioner was directed to "include all claims in the amended petition that he wishes
2  to raise in this action, *i.e.*, claims 1 and 2."
3    On May 18, 2011, Petitioner filed a two page, handwritten "Amended
4  Petition," in which he states that he "respectfully ask[s] that Count 3 be added to the
5  Petition for Writ of Habeas Corpus." (Docket No. 8 at 1.) The information
6  provided in this two page document is insufficient to state cognizable claims as to
7  either claims 1 and 2 from the original petition or to claim 3, which remains unclear.
8    In the interest of justice, the Court will dismiss the amended petition with
9  leave to amend. **Petitioner must use the court's form petition, and provide all**
10 **the information required therein** with respect to the state conviction that he is
11 challenging and all the claims he wishes to raise**.** The second amended petition must
12 include the caption and civil case number used in this order, No. C 10-05947 EJD
13 (PR), and must include the words **SECOND AMENDED PETITION** on the first
14 page. The second amended petition must be filed **no later than thirty (30) days**
15 **from the date this order is filed.**
16   **<u>Failure to file a timely response in accordance with this order will result</u>**
17 **<u>in the dismissal of this action without prejudice and without further notice to</u>**
18 **<u>Petitioner.</u>**
19   The Clerk is instructed to include two copies of the court's form petition to
20 Petitioner with a copy of this order.

22  DATED: June 23, 2011

            EDWARD J. DAVILA
            United States District Judge

(Left margin: United States District Court / For the Northern District of California)

Order Directing P to file Second Am. Pet.
P:\PRO-SE\SJ.EJD\HC.10\Perez05947_eot-am2.wpd    2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARIO RENE PEREZ,

        Petitioner,

  v.

K ALLISON, Warden,

        Respondent.

Case Number: CV10-05947 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 6/24/2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mario Rene Perez G-37655
California Substance Treatment Facility and State Prison
P. O. Box 5246
Corcoran, CA 93212

Dated: 6/24/2011

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk