IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO RENE PEREZ, ) | No. C 10-05947 EJD (PR) |
| ) | |
| Petitioner, ) | ORDER ADDRESSING PENDING MOTIONS |
| ) | |
| vs. ) | |
| ) | |
| K. ALLISON, Warden, ) | |
| ) | |
| Respondent. ) | |
| ) | |
| _____ ) | (Docket Nos. 19 & 31) |

Petitioner, a California state prisoner, filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254, challenging his state conviction. The matter became submitted on March 12, 2012, upon the filing of Petitioner's traverse to Respondent's answer. (See Docket No. 32.)

Accordingly, Petitioner's motion for trial transcripts, (Docket No. 19), is DENIED as moot, as Petitioner should have received relevant copies of the state trial record from Respondent with his answer. Petitioner's motion for evidentiary hearing, (Docket No. 31), is DENIED without prejudice pending consideration of the merits of Petitioner' claims.

This order terminates Docket Nos. 19 and 31.

DATED:   7/10/2012                         _____
                                            EDWARD J. DAVILA
                                            United States District Judge

Order Addressing Pending Motions
N:\Pro - Se & Death Penalty Orders\July 2012\Perez05947_motions.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARIO RENE PEREZ,

        Plaintiff,

  v.

K ALLISON et al,

        Defendant.

Case Number: CV10-05947 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 13, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mario Rene Perez G-37655
California Substance Treatment Facility and State Prison
P. O. Box 5246
Corcoran, CA 93212

Dated: July 13, 2012

        Richard W. Wieking, Clerk
        /s/ By: Elizabeth Garcia, Deputy Clerk

Order Addressing Pending Motions
N:\Pro - Se & Death Penalty Orders\July 2012\Perez05947_motions2.wpd